# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HERRERA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　　Respondents. | No. CV 24-0924-MRA (JPR)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Magistrate Judge's Report and Recommendation (the "Report"), and Petitioner's Objections to the Report.

　　　　The Report recommends the dismissal of this action without prejudice because Petitioner is attempting to challenge his judgment of conviction with an unauthorized successive habeas petition or, to the extent Petitioner is challenging the denial of his motions for DNA testing, his claim should be brought in a civil-rights lawsuit, not a habeas petition.  (ECF No. 31.)  Petitioner's Objections to the Report (ECF No. 32) do not warrant a change to the Report's findings or recommendation.

Petitioner objects to the Report's analysis of his claims for access to DNA testing. (ECF No. 32 at 6-7.) The objection is not responsive to the Report's analysis that a claim for DNA testing is properly pursued in a civil-rights action rather than a habeas petition because success on the claim would gain Petitioner only access to the evidence, not immediate release. (ECF No. 31 at 5.)

Petitioner includes sections in his objections entitled "Statutory Tolling," "Mailbox Rule," and "Tolling (Postponing) the Deadline Date." (ECF No. 32 at 8-12.) These objections are not responsive to any findings in the current Report, which does not recommend resolution of this case on the statute of limitations.

Petitioner objects that his request to proceed in forma pauperis was granted. (ECF No. 32 at 12-13.) The grant of Petitioner's request to proceed in forma pauperis did not preclude the Magistrate Judge from finding that the Petition was an impermissible successive petition and that the DNA claims were not cognizable in a habeas action.

Petitioner objects that he was denied the appointment of counsel for this case. (ECF No. 32 at 14-16.) Petitioner did not show that appointment of counsel was warranted. (ECF No. 26.) He failed to show a likelihood of success on the merits or an inability to articulate his claims as a *pro se* litigant in light of the moderate complexity of the legal issues involved. (*Id.*)

Petitioner alleges violations of *Brady v. Maryland*, 373 U.S. 83 (1963), and of his constitutional right to present a defense. (ECF No. 32 at 18-19.) Because these claims are impermissibly successive, the Court has no authority to consider them.

The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. Respondent's motion to dismiss is granted and the Petition is dismissed without prejudice to its refiling should Petitioner secure the necessary

prior authorization from the Ninth Circuit Court of Appeals to file a successive petition.

2. Judgment be entered consistent with this order.

3. The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: January 22, 2025

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE