JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN HERRERA,<br><br>           Petitioner,<br><br>      v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA et al.,<br><br>           Respondents. | Case No. CV 24-0924-MRA (JPR)<br><br>**J U D G M E N T** |

   Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

   IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: January 22, 2025

_____
MONICA RAMIREZ ALMADANI
U.S. DISTRICT JUDGE